UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16 CR 32 RLW |
| ) | |
| WILLIAM SHERMAN HART, ) | |
| ) | |
| Defendant. ) | |

### DETENTION ORDER

Defendant William Sherman Hart came before the court with counsel on February 18, 2016, for a detention hearing on the oral request of the United States that defendant be detained until trial under the Bail Reform Act of 1984, 18 U.S.C. § 3142.

Defendant Hart is currently charged in this court in Case No. 4:11 CR 4 with violating the conditions of his supervised release.  In that case, a detention order was issued on October 27, 2015.  (No. 4:11 CR 4, Doc. 88.)

In the instant action, at the detention hearing defendant Hart, with the advice of counsel, through counsel and personally waived his right to a detention hearing knowing that a detention order would be issued, subject to reconsideration upon motion of the defendant.

Therefore,

**IT IS HEREBY ORDERED** that defendant William Sherman Hart is ordered detained in the custody of the Marshals Service, until further order.  This detention order will be reconsidered upon motion of defendant.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel and with defense counsel's retained investigator, paralegal,

or other retained expert consultant, including persons retained to conduct physical or psychological examinations.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined must deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.


_____/S/   David D. Noce_____
UNITED STATES MAGISTRATE JUDGE

Signed on February 19, 2016.